```
                    UNITED STATES DISTRICT COURT
                          DISTRICT OF IDAHO
                    (HONORABLE EDWARD J. LODGE)

UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )   CR-05-118-C-EJL
                               )
    vs.                        )   ORDER GRANTING DEFENDANT'
                               )   FIFTH MOTION FOR CONTINUANCE
ROBERT LIPPERT,                )   OF TRIAL
                               )
               Defendant.      )
                               )
```

Pending before the Court in the above entitled matter is Defendant's Fifth Motion to Continue the Trial date (Docket No. 21). Defendant's counsel states that a continuance is warranted because Mr. Lippert is currently unavailable for trial as he is incarcerated on charges in the state of Idaho. The Defendant is requesting a continuance of at least 60 days. The Government has no objection to the requested continuance.

The Court has reviewed the record in this case and finds that good cause exists to grant the continuance. In light of the representations made by counsel and the pending motion in this case, the Court finds that Mr. Lippert is unavailable to attend trial on May 9, 2006. Furthermore, the Defendant cannot prepare this case for trial while pending trial on other matters. Failure to grant a continuance under these circumstances would result in a miscarriage of justice. The ends of justice would best be served by the granting of the motion for continuance. The ends of justice outweigh the best interests of the public having the matter brought to trial sooner. 18 U.S.C. §3161

ORDER GRANTING DEFENDANT'S
SECOND MOTION FOR CONTINUANCE OF TRIAL    1

(h)(8)(B)(iv). For these reasons, the Court finds the Motion for Continuance should be **GRANTED**.  The **trial** set for May 9, 2006, at 9:30 am is **VACATED** and is rescheduled to July 11, 2006 at (;30 a.m. in Couer d'Alene, Idaho.

Any and all period of delay resulting from the granting of this continuance, from the date of defendant's motion until the date of the rescheduled trial, shall be excludable time pursuant to 18 U.S.C. §3161 (h)(7) and §(h)(8), considering the relevant factors under subsection (B) of that provision.

**IT IS SO ORDERED.**



DATED: **May 3, 2006**

Honorable Edward J. Lodge
U. S. District Judge

ORDER GRANTING DEFENDANT'S
SECOND MOTION FOR CONTINUANCE OF TRIAL   2